# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 21-3776

———————————————

Tibebe F. Samuel

*Plaintiff - Appellant*

v.

Oromia Media Network, (OMN); Principal Officer Taddele M. Kitaba, In His
OMN Official Capacity; Ayantu Bekecho, in her personal capacity

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: August 2, 2022
Filed: August 5, 2022
[Unpublished]

——————————

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Tibebe Samuel appeals following the district court's[1] dismissal of his civil action. After careful review of the record and the parties' arguments on appeal, we conclude that the dismissal was proper for the reasons explained by the district court. See <u>Kelly v. City of Omaha</u>, 813 F.3d 1070, 1075 (8th Cir. 2016) (reviewing dismissal under Fed. R. Civ. P. 12(b)(6) de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

———————————————————

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.